UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STAMPORTS INC. et ano.,

                Plaintiffs,

          -against-                            10 Civ. 0810 (CM)

M/V SICHEM DEFIANCE, et al.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court today heard plaintiff's motion for discovery in aid of arbitration in connection with a ship bound for a foreign port. For reasons stated on the record in open court, plaintiff's motion is denied.

        SO ORDERED.

Dated:      February 4, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED #: 2/4/10

                                        Lewis A. Kaplan
                                        United States District Judge